IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. HUFF,

                             Petitioner,

    v.                                                           **ORDER**

WARDEN MATTHEW MARSKE,                         21-cv-275-jdp

                             Respondent.

---

The court entered an order appointing counsel for petitioner James A. Huff and directing respondent to show cause why his habeas petition should not be granted. The court also ordered Huff's counsel to file a financial affidavit sufficient to determine whether Huff was eligible for counsel under 18 U.S.C. § 3006A(a)(2)(B). Huff's counsel has filed the financial affidavit. Dkt. 5. But Huff did not fill it out completely. Because of this omission, the court cannot determine whether Huff is eligible for court-appointed counsel. Therefore, counsel must submit a new financial affidavit along with a recent copy of Huff's prison account statement.

Accordingly, IT IS ORDERED that, on or before October 17, 2022, counsel must file the appropriate financial affidavit and a recent copy of Huff's prison account statement.

Entered September 26, 2022.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge