IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. HUFF,

                      Petitioner,

v.                                                       ORDER

WARDEN MATTHEW MARSKE,                     21-cv-275-jdp

                      Respondent.

---

      Petitioner James A. Huff, now represented by counsel, seeks relief under 28 U.S.C. § 2241 following his conviction in federal court. A key issue is whether I may grant Huff relief under the "savings clause" of 28 U.S.C. § 2255. I ordered respondent to show cause why I should not grant the petition. In its response, respondent contended that I should deny the petition or, alternatively, stay the case pending the Supreme Court's decision in *Jones v. Hendrix*, S. Ct. Case No. 21-857, which was argued on November 1, 2022. Huff has filed an unopposed motion to stay this case pending the decision in *Jones*. Dkt. 12. I agree that the most efficient course of action is to stay this case until the Supreme Court decides *Jones*.

ORDER

IT IS ORDERED that:

1. Petitioner's unopposed motion to stay, Dkt. 12, is GRANTED.

2. This case is STAYED and ADMINISTRATIVELY CLOSED pending the Supreme Court's decision in *Jones*.

3. Promptly after the Supreme Court has decided *Jones*, the parties shall file a joint notice that includes a copy of the *Jones* decision. At that time, I will lift the stay, reopen the case, and set a new briefing schedule.

Entered December 2, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge